PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala. R.App. P.; Ala.Code 1975, § 25-5-81(c)(2); Ex parte Staggs, 825 So.2d 820, 822 n. 1 (Ala.2001); Ex parte Golden Poultry Co., 772 So.2d 1175, 1176 (Ala.2000); Ex parte Trinity Indus., Inc., 680 So.2d 262, 268 (Ala.1996); and Hall v. Mazzone, 486 So.2d 408, 410 (Ala.1986).
CRAWLEY, THOMPSON, and MURDOCK, JJ., concur.
YATES, P.J., dissents, with writing.